CLERK US DISTRICT COURT
NORTHERN DIST. OF TX
FILED

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF TEXAS**
**LUBBOCK DIVISION**

2018 NOV 28   AM 11: 02

DEPUTY CLERK_____

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § | |
| | § | |
| | § | |
| v. | § | CASE NO. 5:18-CR-00097-C-BQ-1 |
| | § | |
| | § | |
| EULISES FRUTIS | § | |

**REPORT AND RECOMMENDATION ON PLEA**
**BEFORE THE UNITED STATES MAGISTRATE JUDGE**

This case has been referred by the United States district judge to the undersigned

for the taking of a guilty plea. The parties have consented to appear before a United States

magistrate judge for these purposes. This Report and Recommendation on Plea is submitted

to the court under 28 U.S.C. § 636(b)(3).

The defendant appeared with counsel before the undersigned United States

magistrate judge, who addressed the defendant personally in open court and informed the

defendant of, and determined that the defendant understood, the admonitions contained in

Rule 11 of the Federal Rules of Criminal Procedure.

The defendant pleaded guilty (under a written plea bargain agreement with the

government) to *Count One of the Indictment charging defendant with a violation of*

*18 U.S.C. §§ 922(g)(3) and 924(a)(2), that is, Possession of Firearms and Ammunition by*

*Prohibited Persons.* The undersigned magistrate judge finds the following:

1.  The defendant, upon advice of counsel, has consented orally and in
    writing to enter this guilty plea before a magistrate judge, subject to final
    approval and sentencing by the presiding district judge;

2.  The defendant fully understands the nature of the charges (including
    each essential element of the offense(s) charged) and penalties;

3.  The defendant fully understands the terms of the plea agreement and plea agreement supplement;

4.  The defendant understands all constitutional and statutory rights and wishes to waive these rights, including the right to a trial by jury and the right to appear before a United States district judge;

5.  The defendant's plea is made freely and voluntarily;

6.  The defendant is competent to enter this plea of guilty;

7.  There is a factual basis for this plea; and

8.  The ends of justice are served by acceptance of the defendant's plea of guilty.

Although I have conducted these proceedings and recommend acceptance of the defendant's plea of guilty, the United States district judge has the power to review my actions and possesses final decision-making authority in this proceeding. Thus, if the defendant has any objections to these findings or any other action of the undersigned, he is required to make those known to the United States district judge within fourteen (14) days of today.

Based on the above, I recommend that the defendant's plea of guilty be accepted, that the defendant be adjudged guilty, and that sentence be imposed accordingly.

Signed November 28, 2018.

**D. GORDON BRYANT, JR.**
**UNITED STATES MAGISTRATE JUDGE**